█ In the Matter of MARYLEE ARMOUR, Respondent, v ADIRONDACK PARK AGENCY, Appellant. [768 NYS2d 896]—Appeal from a judgment (denominated order) of Supreme Court, Herkimer County (Kirk, J.), entered February 4, 2003, which granted the CPLR article 78 petition and ordered respondent to process petitioner's after-the-fact permit application.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously reversed on the law without costs and the petition is dismissed.

Same memorandum as in *Adirondack Park Agency v Bucci* (2 AD3d 1293 [2003]). Present—Pine, J.P., Wisner, Hurlbutt, Gorski and Lawton, JJ.